KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com
        gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> DEUS EX MACHINA MOTOR CYCLES PTY LTD., <br><br> Defendant. | Case No. C 13-04184 JSC <br><br> **PLAINTIFF LEVI STRAUSS & CO.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** <br><br> CMC Date:   December 19, 2013 <br> CMC Time:   1:30 p.m. |

Plaintiff Levi Strauss & Co. ("LS&Co.") hereby requests that the Initial Case Management Conference currently scheduled for December 19, 2013, be continued for six weeks or until January 30, 2014, at 1:30 p.m.

LS&Co. has been engaged in active settlement discussions with the defendant, Deus ex Machina (an Australian corporation), since the complaint was filed.  LS&Co. remains hopeful that this dispute will be resolved amicably and the case dismissed.  Under these circumstances, LS&CO. believes it would be appropriate to continue the Initial Case Management Conference for a sufficient amount of time to allow settlement discussions to proceed.

PLAINTIFF'S REQUEST TO CONTINUE ICMC      - 1 -
Case No. C13-04184 JSC

1  Accordingly, LS&Co. respectfully requests that the Initial Case Management Conference
2  currently set for December 19, 2013, be continued six weeks, or until January 30, 2014.

4  Date:  December 12, 2013          Respectfully submitted,

5                                     KILPATRICK TOWNSEND AND STOCKTON LLP

7  By: /s/ Gia L. Cincone
       GIA L. CINCONE

8  Attorneys for Plaintiff
   LEVI STRAUSS & CO.

12                              **[PROPOSED]** ORDER

13  GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss &
14  Co.'s request to continue the Initial Case Management Conference is granted.  The Initial Case
15  Management Conference is hereby scheduled for ~~January 30, 2014~~ 2/6/2014, at 1:30 p.m.

17
18  DATED: 12-13-2013                 _____
                                      Hon. Jacqueline S. Corley
19                                    United States Magistrate Judge

PLAINTIFF'S REQUEST TO CONTINUE ICMC     - 2 -
Case No. C13-04184 JSC