KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com
       gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> DEUS EX MACHINA MOTOR CYCLES PTY LTD., <br><br> Defendant. | Case No. C 13-04184 JSC <br><br> **PLAINTIFF LEVI STRAUSS & CO.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> CMC Date:  December 19, 2013 <br> CMC Time:  1:30 p.m. |

   Plaintiff Levi Strauss & Co. ("LS&Co.") hereby requests that the Initial Case Management Conference currently scheduled for December 19, 2013, be continued for six weeks or until January 30, 2014, at 1:30 p.m.

   LS&Co. has been engaged in active settlement discussions with the defendant, Deus ex Machina (an Australian corporation), since the complaint was filed.  LS&Co. remains hopeful that this dispute will be resolved amicably and the case dismissed.  Under these circumstances, LS&CO. believes it would be appropriate to continue the Initial Case Management Conference for a sufficient amount of time to allow settlement discussions to proceed.

1    Accordingly, LS&Co. respectfully requests that the Initial Case Management Conference
2  currently set for December 19, 2013, be continued six weeks, or until January 30, 2014.

4  Date:  December 12, 2013                          Respectfully submitted,

5                                                   KILPATRICK TOWNSEND AND STOCKTON LLP

7                                                   By: /s/ Gia L. Cincone
                                                         GIA L. CINCONE

8                                                   Attorneys for Plaintiff
                                                    LEVI STRAUSS & CO.

12                                    **[PROPOSED] ORDER**

13   GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss &
14  Co.'s request to continue the Initial Case Management Conference is granted.  The Initial Case
15  Management Conference is hereby scheduled for ~~January 30, 2014~~ 2/6/2014, at 1:30 p.m.

17
18  DATED: 12-13-2013                               _____
                                                    Hon. Jacqueline S. Corley
19                                                  United States Magistrate Judge

PLAINTIFF'S REQUEST TO CONTINUE ICMC    - 2 -
Case No. C13-04184 JSC