```
KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com
        gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.
```

**GRANTED**
/s/ Jacqueline S. Corley
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> DEUS EX MACHINA MOTOR CYCLES PTY LTD., <br><br> Defendant. | Case No. C 13-04184 JSC <br><br> **STIPULATION OF DISMISSAL** |

The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), stipulate that this action be and hereby is dismissed.  Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

DATED:  June 11, 2014    By:    /s/ Gia L. Cincone_____
                                 Gia L. Cincone
                                 Attorneys for Plaintiff
                                 LEVI STRAUSS & CO.


DATED:  June 11, 2014    By:    /s/ J. Ryan Gustafson_____
                                 J. Ryan Gustafson
                                 Attorneys for Defendant
                                 DEUS EX MACHINA MOTOR CYCLES PTY LTD.

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to Local Rule No. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel indicated by a "conformed" signature within this e-filed document.

<i>/s/ Gia L. Cincone</i><br>
Gia L. Cincone

STIPULATION OF DISMISSAL - 2 -
Case No. C13-04184 JSC